IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 04-CV-840-JHP-PJC ) Docket No. 81 |
| USCARRIER TELECOM, LLC, a Georgia limited liability company, | ) ) ) ) |
| Defendant. | ) |

United States District Court
Northern District of Oklahoma } SS
I hereby certify that the foregoing is a true copy of the original on file in this court.
Phil Lombardi, Clerk
By: _____ Deputy

## FINAL JUDGMENT

The Court entered Judgment in this matter in favor of Plaintiff MCI WorldCom Network Services, Inc. ("Plaintiff") and against Defendant USCarrier Telecom, LLC ("Defendant") in the amount of $661,473.96 on December 19, 2005. The Court Clerk properly taxed costs in favor of Plaintiff and against Defendant in the amount of $3,534.84. Pursuant to Okla. Stat. tit. 23, § 6, Plaintiff is entitled to prejudgment interest in the amount of $101,359.87. Pursuant to Okla. Stat. tit. 12, § 936, Plaintiff is entitled to recover reasonable attorneys' fees in the amount of $48,877.21.

The Court hereby enters final judgment for Plaintiff and against Defendant in the amount of $661,473.96 together with prejudgment interest in the amount of $101,359.87, attorneys' fees in the amount of $48,877.21 and costs in the amount of $3,534.84, for a total judgment of $815,245.88, along with post-judgment interest, pursuant to 28 U.S.C. § 1961, from the date of judgment until paid.

IT IS ORDERED THIS 31st day of May, 2006.

_____
James H. Payne
United States District Judge
Northern District of Oklahoma