**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

DEC 8 2006

| | |
|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>USCARRIER TELECOM, LLC, a Georgia limited liability company,<br><br>Defendant. | CLERK<br>U.S. DISTRICT COURT<br>MIDDLE DIST. OF ALA.<br><br>Case No. 04-CV-840-JHP-PJC<br><br>2:06mc 3330 |

### NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff MCI WorldCom Network Services, Inc., n/k/a Verizon Business Network Services, Inc. ("Plaintiff"), hereby acknowledges receipt from Defendant USCarrier Telecom, LLC ("Defendant") of consideration, pursuant to an agreement in settlement, in full satisfaction of the Judgment entered in the above cause on May 31, 2006 in favor of Plaintiff and against Defendant (the "Judgment"). The consideration made pursuant thereto is received and accepted in full satisfaction of the Judgment, with interest and costs, including attorneys' fees, and all claims in this action.

This Notice of Satisfaction of Judgment shall be filed in the Office of the Clerk of the United States District Court for the Northern District of Oklahoma, and the Clerk is hereby authorized and directed to enter this Notice of Satisfaction of Judgment on the Judgment docket of the Court and to release the Judgment of record against Defendant herein.


SCANNED

       Respectfully submitted,

       **HALL, ESTILL, HARDWICK, GABLE,**
       **GOLDEN & NELSON, P.C.**

By:   s/John F. Heil, III
       John F. Heil, III, OBA #15904
       Heather L. Cupp, OBA #17609
       John T. Richer, OBA #19554
       320 South Boston Avenue, Suite 400
       Tulsa, OK  74103-3708
       Telephone (918) 594-0400
       Facsimile (918) 594-0505
       **ATTORNEYS FOR PLAINTIFF,**
       **MCI WORLDCOM NETWORK**
       **SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

David Cordell
P. Bradley Bendure
Conner & Winters, LLP
One Williams Center, Suite 4000
Tulsa, OK  74172-0148

                                                s/John F. Heil, III
                                   _____

679675.1:915130:02169